Republican Central Committee of Cook County, Appellee, v. Cook County Regular Republican Organization, and William F. Gailing, Appellants.

Gen. No. 45,867.

Julius
Lucius Echeles, for appellant; Babb & Cleveland, Lyle, Havey & Gager, and John F. Tyrrell, for appellee. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed October 24, 1952; rehearing denied November 14, 1952; released for publication November 17, 1952.